| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): <br>— STUART A KATZ 118098<br>Law Offices of Stuart A Katz<br>20271 SW Birch St., Suite 100<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 660-1916   FAX NO.: (949) 660-1716<br>ATTORNEY FOR (Name): PLAINTIFF<br>NAME OF COURT: United States District Court<br>STREET ADDRESS: 501 "I" Street, Room 4-200<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Eastern District-Robert Matsui Federal<br>PLAINTIFF: AAMCO TRANSMISSIONS, INC.<br>DEFENDANT: STEVEN BECKER; CHRISTOPHER BECKER | AT-138, EJ-125<br>FOR COURT USE ONLY<br><br>**FILED**<br>AUG - 9 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>[X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor   [ ] Third Person | CASE NUMBER: CAED:<br>12-MC-246<br>2:13MC079JAM/DAD |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): STEVEN BECKER
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 11-8-13 | Time: 9:30 AM | Dept. or Div.: | Rm.: |
| Address of court [X] shown above [ ] is: | | Courtroom | 27 |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 8/8/13    ▶ _____
                    JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order applies for an order requiring (name): STEVEN BECKER  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 7/10/2013

STUART A. KATZ                             ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]
Martin Dean's ESSENTIAL FORMS

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120

AAMCO Tranmissions