UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC., | No. 2:13-mc-0079 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| STEVEN BECKER and CHRISTOPHER BECKER, | |
| Defendants. | |

This matter came before the court on July 24, 2015, for a judgment debtor examination. Attorney Mark Ketcherside appeared on behalf of the plaintiff. No appearance was made by, or on behalf of, Steven Becker or Christopher Becker. However, counsel for plaintiff informed the court that Steven Becker and Christopher Becker were represented by attorney Michael Kwasigroch and that the parties had agreed to have Steven Becker and Christopher Becker appear on August 12, 2015, for a judgment debtor examination at the office of plaintiff's counsel.[1]

/////

/////

/////

---

[1] The court confirmed this representation with Mr. Kwasigroch.

1

Accordingly, IT IS HEREBY ORDERED that

1. Steven Becker and Christopher Becker shall appear on **August 12, 2015** at **1:00 p.m.** for a judgment debtor examination at **20271 SW Birch St., Suite 100, Newport Beach, CA 92660**; and

2. The Clerk of the Court is directed to serve a copy of this order on attorney Michael Kwasigroch at:

> 1975 Royal Ave Ste 4
> Simi Valley, CA 93065

Dated: July 24, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\aamco246.jde.ord.docx